

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

ENTERED
01/16/2015

In Re:   Maria Cruz Benavides                              Chapter 13 Case No: 13-50223-L2-13

Debtor

### AMENDED ORDER TO THE EMPLOYER TO PAY THE TRUSTEE

Upon representations of the Trustee the Court finds that:

The above named individuals have filed a petition for relief under Title 11, United States Code, Chapter 13 (Chapter 13 of The United States Bankruptcy Code). This Court has jurisdiction of the debtors and their earnings pursuant to 28 U.S. Code, Sec. 157. Pursuant to Sections 105, 363(e), 1306, and 1326(a)(3) of the Bankruptcy Code, and Bankruptcy Local Rule 2003(c), the Court hereby orders the employer of Maria Cruz Benavides the above referenced debtor:

   TX DEPT OF AGING AND DISABILITY SER
   701 WEST 51ST STREET
   ATTN: PAYROLL DEPT
   AUSTIN, TX  78751

to deduct the amount of the periodic Chapter 13 plan payment from the earnings of Maria Cruz Benavides, and to promptly remit the amounts deducted to the Chapter 13 Trustee serving in the case. The payments shall be made payable to the Trustee, and mailed to the following address:

   William E. Heitkamp, Chapter 13 Trustee
   P.O. Box 740
   Memphis, TN 38101-0740

The Chapter 13 case number printed in the upper right hand portion of this order shall be noted on the check or voucher accompanying the check.

The amount of the periodic payment due to the Trustee is as follows:

| DebtorLongName | PayeeLongName | Frequency | Start Date | Periods | Amount |
|---|---|---|---|---|---|
| Maria Cruz Benavides | TX DEPT OF AGING AND DISABILITY SER | MONTHLY | 08/02/2014 | 5 | $965.00 |
| Maria Cruz Benavides | TX DEPT OF AGING AND DISABILITY SER | MONTHLY | 01/02/2015 | EOP | $988.08 |

EOP = End Of Plan

The employer is authorized to withhold sums from the debtor on a weekly, semi-monthly, bi-weekly, or other basis consistent with the payroll procedures used by the employer, but shall remit sums to the Trustee no less frequently than once each month. Deductions shall commence in the first pay period for which the deductions are administratively feasible following the receipt by the employer of a copy of this order. The deductions shall continue during the term of the debtor's employment until the Trustee notifies the employer that the deductions are no longer necessary due to completion or termination of the case. In the event the debtor's employment is terminated, the employer shall notify the Trustee.

The amount of the periodic payment to the Trustee may change during the term of the Chapter 13 case, and upon notification of the change by the Trustee, the employer is authorized to deduct the amount specified by the Trustee.

The employer may continue to make all other deductions from the wages of the debtor that are authorized by law or by the agreement between the debtor and the employer, such as child support, taxes, insurance, union dues, and other benefits, that are not prohibited by the commencement of the Chapter 13 case.

**Signed:  January 16, 2015**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                      Case No. 13-50223-drj
Maria Cruz Benavides                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-5          User: sgue                  Page 1 of 1              Date Rcvd: Jan 16, 2015
                              Form ID: pdf002             Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2015.
db             +Maria Cruz Benavides,    211 Tulip Circle,    Laredo, TX 78046-5114
cr             +Santander Consumer USA, Inc.,   The Sundmaker Firm, LLC,    336 Lafayette St., Ste. 301,
                 New Orleans, LA 70130-3265
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc-quantum@quantum3group.com Jan 16 2015 20:59:56
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank of  America, N.A.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2015 at the address(es) listed below:
              Earl Ferdinand Sundmaker    on behalf of Creditor   Santander Consumer USA, Inc.
               trey@sundmakerfirm.com
              Fernando D Gutierrez, Jr   on behalf of Debtor Maria Cruz Benavides fdgtzlegal@stx.rr.com,
               fernandodgutierr@stx.rr.com
              Steve  Turner    on behalf of Creditor   Bank of  America, N.A. sdecf@BDFGROUP.com,
               marshak@BDFGroup.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              William E. Heitkamp    heitkamp@ch13hou.com
                                                                                              TOTAL: 5
```