**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Maria Cruz Benavides

**Debtor(s)**

Case No.: 13–50223

Chapter: 13

ENTERED
11/29/2019

## *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 11/29/19

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE